IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA R. WEBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:20-CV-01368-MAB |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Mark A. Beatty (Doc. 17), the Commissioner's final decision denying Plaintiff's application for social security disability benefits is **AFFIRMED**.

    Judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Sandra R. Weber.

    DATED: March 31, 2022

                                                   MONICA A. STUMP,
                                                   Clerk of Court

                                                   BY:  /s/ *Jennifer Jones*
                                                           **Deputy Clerk**


APPROVED:  /s/ Mark A. Beatty
                  **MARK A. BEATTY**
                  **United States Magistrate Judge**